**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 10-7201**

───────────────

ADRIAN MARION SMITH,

               Plaintiff – Appellant,

      v.

CITY OF AIKEN PUBLIC WORKS; TIM COALEY; RALPH THOMAS; ALEXANDER CULLUM; ARTHUR BRYANT,

               Defendants – Appellees.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Margaret B. Seymour, District Judge.  (3:09-cv-01242-MBS)

───────────────

Submitted:  January 18, 2011      Decided:  January 26, 2011

───────────────

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Adrian Marion Smith, Appellant Pro Se.  William Henry Davidson, II, Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Marion Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2010). The magistrate judge recommended that relief be denied and advised Smith that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Smith has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2